UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUA YE,

                                Plaintiff,

        v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                                Defendant.

No. C16-1836RSL

MINUTE ORDER

        The following Minute Order is made and entered on the docket at the direction of the

HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

        A pretrial conference has been scheduled for **Monday, February 26, 2018 at 1:30 p.m.** in

courtroom 15106 before the Honorable Robert S. Lasnik, United States District Court Judge.

        DATED this 22nd day of February, 2018.


                                                /s/Kerry Simonds
                                                by Kerry Simonds, Deputy Clerk
                                                To Robert S.  Lasnik, Judge
                                                206-370-8519

MINUTE ORDER